STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
04-1175 consolidated with 04-1174 & 04-1496

OFFICER KEVIN BOURQUE, OFFICER BRANDON WILLIAMS AND OFFICER DAVID MCANALLY

VERSUS

RUTH FONTENOT, MAYOR, CITY OF NEW IBERIA, THE NEW IBERIA BOARD OF TRUSTEES, AND THE IBERIA PARISH LAW ENFORCEMENT DISTRICT

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
SIXTEENTH JUDICIAL DISTRICT COURT
PARISH OF IBERIA, NO. 103079-H C/W 103168-H
HONORABLE WILLIAM D. HUNTER, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

J. DAVID PAINTER
JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Michael G. Sullivan, Glenn B. Gremillion, and J. David Painter, Judges.

**MOTION TO DISMISS APPEALS GRANTED; APPEALS DISMISSED.**


**Daniel Laraway Avant**
**P.O. Box 2667**
**Baton Rouge, LA 70821**
**Counsel for Plaintiffs-Appellants**
     **Captain William Wood and New Iberia Policeman's Association, Local 152**

**Henry Adolph Bernard, Jr.**
**100 E. Vermilion St., #400**
**Lafayette, LA 70501**
**Counsel for Defendant-Appellee**
     **Iberia Parish Law Enforcement**

Joseph L. Ferguson
124 W. Washington St., Ste. B
New Iberia, LA 70560
Counsel for Defendant-Appellee
     Iberia Parish Law Enforcement

Charles Leonard Patin, Jr.
P.O. Box 3513
Baton Rouge, LA 70821
Counsel for Defendants-Appellees
     City of New Iberia, Ruth Fontenot, Mayor, and New Iberia City
     Council

Louis L. Robein, Jr.
Suite 400
2540 Severn Avenue
Metairie, LA 70002
Counsel for Defendant-Appellee
     Professional Firefighters' Association of Louisiana

**PAINTER, Judge**.

For the reasons set forth in the companion case hereto, *Wood v. Fontenot*, 04-1174 (La.App. 3 Cir. __/__/05), ___ So.2d ___, the motion to dismiss the appeal is granted.

**MOTION TO DISMISS APPEAL GRANTED; APPEAL DISMISSED.**

1